UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:23-CR-00324-1-D
Civil No. 5:25-CV-00266-1-D

Karim Aziz Razzak,                              )
                                                )
                     Petitioner,                )
                                                )
        v.                                      )            ORDER
                                                )
United States of America,                       )
                                                )
                     Respondent.                )

 

      Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

      SO ORDERED. This 23 day of March, 2026.

<br>

_James C. Dever_
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE